IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **RUSSELL ENERGY, INC.,** also known as Russell Energy Partners, Inc. | **PLAINTIFF** |
| v. | CAUSE NO. 1:18cv89-LG-RHW |
| **RONALD RUBRECHT; DREW GARLAND; TURBINE DIAGNOSTIC SERVICES, INC.; GARLAND BROTHERS, INC.; GEORGIA RENEWABLE POWER, LLC; UNKNOWN PURCHASER; UNKNOWN JOHN AND JANE DOES A, B, C, AND OTHER UNKNOWN CORPORATE ENTITIES X, Y, Z** | **DEFENDANTS** |

## ORDER DISMISSING DEFENDANT
## GEORGIA RENEWABLE POWER, LLC

The Court previously considered and granted the [14] Motion to Dismiss for Failure to State a Claim filed by Defendant Georgia Renewable Power, LLC. Pursuant to the Court's [38] Order Granting Georgia Renewable Power, LLC's Motion to Dismiss, Plaintiff Russell Energy, Inc. a/k/a Russell Energy Partners, Inc. was granted thirty days to file an amended complaint against Defendant Georgia Renewable Power or face dismissal of its claims against such Defendant. Plaintiff having failed to comply with the Order and file its amended complaint on or before the requisite deadline,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Georgia Renewable Power, LLC is hereby **DISMISSED WITH PREJUDICE** from the

instant action pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 15th day of October, 2018.

> s/ *Louis Guirola, Jr.*
> Louis Guirola, Jr.
> United States District Judge