IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL ENERGY, INC., also known as Russell Energy Partners, Inc. | PLAINTIFF |
| v. | CAUSE NO. 1:18cv89-LG-RHW |
| RONALD RUBRECHT; DREW GARLAND; TURBINE DIAGNOSTIC SERVICES, INC.; GARLAND BROTHERS, INC.; GEORGIA RENEWABLE POWER, LLC; UNKNOWN PURCHASER; UNKNOWN JOHN AND JANE DOES A, B, C, AND OTHER UNKNOWN CORPORATE ENTITIES X, Y, Z | DEFENDANTS |

## ORDER DISMISSING PLAINTIFF'S CIVIL CONSPIRACY TO DEFRAUD CLAIM AGAINST TURBINE DIAGNOSTIC SERVICES, INC.

The Court previously considered and granted the [25] Motion to Dismiss for Failure to State a Claim filed by Defendant Turbine Diagnostic Services, Inc., as to Plaintiff's Civil Conspiracy to Defraud Claim. Pursuant to the Court's [37] Order Granting Turbine's Motion to Dismiss, Plaintiff was granted thirty days to file an amended complaint or face dismissal of its civil conspiracy to defraud claim against Turbine. Plaintiff having failed to comply with the Order and file its amended complaint on or before the requisite deadline,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's civil conspiracy to defraud claim against Turbine Diagnostic Services, Inc., is hereby **DISMISSED WITH PREJUDICE** from the instant action pursuant to Fed. R.

Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 15th day of October, 2018.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge